**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

```
                                    FILED
                                   Jan 23 2025
                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY      s/ JulieOlsen      DEPUTY
```

IN RE: ANGIODYNAMICS, INC., AND NAVILYST
MEDICAL, INC., PORT CATHETER PRODUCTS
LIABILITY LITIGATION                                     **MDL No. 3125**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –10)**

On October 3, 2024, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2024). Since that time, 60 additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Jinsook Ohta.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Ohta.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 3, 2024, and, with the consent of that court, assigned to the Honorable Jinsook Ohta.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

     Jan 23, 2025

      CLERK'S OFFICE
       UNITED STATES
   JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

```
I hereby attest and certify on  Jan 24, 2025  that the foregoing
document is a full, true and correct copy of the original on file
in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By:  s/ J. Olsen
        Deputy
```

IN RE: ANGIODYNAMICS, INC., AND NAVILYST
MEDICAL, INC., PORT CATHETER PRODUCTS
LIABILITY LITIGATION                                                      MDL No. 3125

### SCHEDULE CTO−10 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 25−00002 | Silva v. AngioDynamics, Inc. et al |
| GEORGIA MIDDLE | | | |
| GAM | 1 | 25−00004 | DAVENPORT v. ANGIODYNAMICS INC et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 24−00729 | Milam v. Angiodynamics Inc. et al |
| NEW JERSEY | | | |
| NJ | 1 | 24−11387 | GOODSON v. ANGIODYNAMICS, INC. et al |
| NJ | 1 | 25−00260 | BEACH v. ANGIODYNAMICS, INC. et al |
| TEXAS WESTERN | | | |
| TXW | 6 | 24−00639 | Hankal v. Angiodynamics, Inc. et al |